UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:10-cv-00155 |
| v. ) | |
| ) | JUDGE: TRAUGER |
| FOUR FIREARMS ) | |
| ) | |
| Defendant. | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on February 16, 2010, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the Defendant Property on March 15, 2010; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Edvin Fakhorian on February 17, 2010; and that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on March 17, 2010 and ending on April 15, 2010; and that no person or entity has made a Verified Claim to the Defendant Property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to Edvin Fakhorian

and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this 6 day of October, 20 10.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


By: s/ Keith Throckmorton
Deputy Clerk