Motion GRANTED.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 3:10-cv-00155** |
| v. ) | |
| ) | **JUDGE: TRAUGER** |
| **FOUR FIREARMS** ) | |
| ) | |
| **Defendant.** | |

**MOTION FOR DEFAULT JUDGMENT AND FOR
ENTRY OF A FINAL ORDER OF FORFEITURE**

Comes the United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee and Debra Teufel Phillips, Assistant United States Attorney for the Middle District of Tennessee, and moves this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a Default Judgment and entry of a Final Order of Forfeiture as to Edvin Fakhorian and all other persons and entities who may claim to have an interest in the following:

      a. a Taurus PT1911 AR Pistol, 45 caliber, Serial Number NBN54089;

      b. a Sig Sauer P238 Pistol, 380 caliber, Serial Number DA003612;

      c. a Glock GMBH 22 Pistol, 40 Caliber, Serial Number NBB813; and

      d. a Glock GMBH 17L Pistol, 9mm, Serial Number LVP956;

(collectively referred to hereafter as "defendant property").